UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GEOLOGIC COMPUTER SYSTEMS, INC.,**
        Plaintiff,                         **CASE NO. 03-60294**

vs.                                            **HONORABLE MARIANNE O. BATTANI**
                                                **HONORABLE STEVEN D. PEPE**

**CATERPILLAR INC.,**
        Defendant.
_____/

## MEMORANDUM AND ORDER ON *IN CAMERA* INSPECTION

Following a March 23, 2006, hearing on various motions, Defendant was ordered to send, under seal to this Court, a copy of Mr. Bob Hefner's personnel file for *in camera* review. (Dkt. #82). Plaintiff Geologic Computer Systems sought information from this file that might be relevant to bias or other factors relevant to Defendant's employee, Mr. Hefner.

Personnel files were produced from Mr. Hefner's hiring in 1972, through December 2, 2005. The personnel files consist of Performance Plans/Summaries; Personnel Change Forms; a notice of the issuing of Patent No. 6,389,343 B1 identifying Bob Hefner as one of the inventors; Employee Profiles; Certificates of Training; Annual Performance Reviews; Annual Salary Reviews; Management Reviews; a Payroll Authorization; an Employment Application; an Intellectual Property Agreement; his social security card; his birth certificate; an employee training history report; and his transcript from the University of Illinois.

The undersigned reviewed these documents. No documents reviewed are relevant to any claims or defenses in this litigation nor to Mr. Hefner's credibility. Nor are they reasonably calculated to lead to the discovery of admissible evidence under Fed. R. Civ. P. 26(b)(1).

Accordingly, unless there is an objection filed to this order, Mr. Hefner's personnel file will be returned to Defendant under seal.

SO ORDERED.

Dated: April 21, 2006                                   s/Steven D. Pepe
Ann Arbor, Michigan                                    United States Magistrate Judge


Certificate of Service

I hereby certify that a copy of this Order was served upon the attorneys and/or parties of record by electronic means or U. S. Mail on April 21, 2006.

                                        s/William J. Barkholz
                                        Courtroom Deputy Clerk